IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RILEY NICOLE SHADLE,

    Plaintiff,

vs.

SCOTT FRAKES, et. al;

    Defendants.

8:16CV546

ORDER

IT IS ORDERED:

1. Defendant's motion to continue, (Filing No. 46), is granted, and Defendant's response to Plaintiff's motion to transfer, (Filing No. 43), is stayed pending a telephonic conference with the undersigned magistrate judge.

2. A hearing will be held on the record by telephone on July 18, 2017 at 12:00 p.m. (noon) to discuss Plaintiff's motion to amend (Filing No. 31), motion to transfer, (Filing No. 43), and motion to strike the motion to transfer (Filing No. 44).

3. The parties shall use the conferencing information assigned to this case, (see Filing No. 47), to participate in the hearing.

July 13, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge