IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RILEY NICOLE SHADLE,

Plaintiff,

vs.

SCOTT FRAKES, sued in both their individual and official capacities, et. al;

Defendants.

8:16CV546

ORDER

After conferring with counsel, and for the reasons stated on the record, (Filing No. 59),

IT IS ORDERED:

1) Plaintiff's pro se motion to amend, (Filing No. 31), is denied without prejudice to re-filing an amended complaint with the assistance of Plaintiff's court-appointed counsel.

2) Plaintiff motion to strike, (Filing No. 44), is granted, and her motion for change of housing, (Filing No. 43), is denied without prejudice to re-asserting if her housing becomes inappropriate under constitutional standards or is inconsistent with the institution's current or future policies.

September 19, 2017

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge