IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RILEY NICOLE SHADLE,

        Plaintiff,

vs.

SCOTT FRAKES, et. al;

        Defendants.

8:16CV546

**PROGRESSION ORDER (AMENDED)**

As requested in the parties' motion, (Filing No. 94), which is hereby granted, and

IT IS ORDERED that the progression order is amended as follows:

1) The status conference previously scheduled for October 16, 2018 is continued, and it will be held before the undersigned magistrate judge on **November 8, 2018 at 9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadlines for identifying expert witnesses expected to testify at trial are:

    Retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)):        July 11, 2018.
    Non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)):   September 21, 2018.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

    For the plaintiff:                September 17, 2018.
    For the defendant:            October 31, 2018.

4) The deposition deadline is December 17, 2018.

5) The deadline for filing motions to dismiss and motions for summary judgment is February 1, 2019.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is February 1, 2019.

September 17, 2018.
                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge