IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RILEY NICOLE SHADLE,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Director, sued in the official capacity; JEFF WOOTEN, Warden, sued in the official capacity; HARBANZ DEOL, Medical Director, sued in the official capacity; and KERRI PAULSEN, Sued in the official capacity;<br><br>Defendants. | **8:16CV546**<br><br><br>**ORDER** |

On May 16, 2019 this court entered a text order setting a status report deadline of May 31, 2019.

The parties have informed the court that they are working diligently and in good faith toward a settlement agreement based upon the report provided by the court-appointed independent expert. Counsel for the plaintiff also reported that he intends to promptly file a joint motion to substitute successors for LCC Warden Jeff Wooten, and Kerri Paulsen, both sued in their official capacities. (See Fed. R. Civ. P. 25(d)). The court accepts the emailed status report of the parties.

The parties submitted an emailed joint motion for a one-month extension of time to file a detailed status report. This motion will be granted.

IT IS ORDERED

1)     The clerk shall terminate the status report deadline of May 31, 2019, and set a new status report deadline of July 1, 2019.

2)   If this case is not resolved prior to July 1, 2019, Plaintiff's counsel shall file a motion to substitute parties on or before July 5, 2019.

Dated this 29th day of May, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge