IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RILEY NICOLE SHADLE,<br><br>          Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Director, sued in the official capacity; HARBANZ DEOL, Medical Director, sued in the official capacity; TAGGART BOYD, in his official capacity; and JOHANNA WILLIAMS, in her official capacity;<br><br>          Defendants. | **8:16CV546**<br><br>**ORDER** |

IT IS ORDERED that the motion to withdraw filed by David A. Lopez, as counsel of record for Defendants, (Filing No. 109), is granted.

Dated this 31st day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge