IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RILEY NICOLE SHADLE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SCOTT FRAKES, Director, sued in the official capacity; JEFF WOOTEN, Warden, sued in the official capacity; HARBANZ DEOL, Medical Director, sued in the official capacity; and KERRI PAULSEN, Sued in the official capacity;<br><br>　　　　　　　Defendants. | 8:16CV546<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the plaintiff's supplemental motion for reimbursement from the Federal practice Fund (Filing No. 104).

The plaintiff has demonstrated a need for further consultation with her expert Dr. Everett McDuffie and seeks approval and payment of $1,200.00 from the Federal Practice Fund to pay Dr. McDuffie. The Court finds the request is reasonable and necessary. Accordingly,

IT IS ORDERED that:

1. The plaintiff's motion for approval of funds (Filing No. 104) is granted.

2. The Court approves an interim payment of $1,200.00 for the purposes set out above.

3. The Clerk of Court is directed to advance to plaintiff's counsel, Michael D. Gooch, the amount of $1,200.00 for the purposes set out above and more fully detailed in counsel's proposed budget.

Dated this 21st day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge