IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RILEY NICOLE SHADLE,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT FRAKES, Director, sued in the official capacity; HARBANZ DEOL, Medical Director, sued in the official capacity; TAGGART BOYD, in his official capacity; and JOHANNA WILLIAMS, in her official capacity;<br><br>Defendants. | **8:16CV546**<br><br>**ORDER** |

The parties have settled their claims, provided this court accepts continuing jurisdiction to enforce the terms of the settlement. The undersigned magistrate judge accepts this responsibility for the three-year time period referenced in the settlement agreement.

Accordingly,

IT IS ORDERED that:

(1) The clerk shall terminate all deadlines and hearings for this case.

(2) The parties shall comply with the terms of the settlement agreement filed of record as Filing No. 116.

(3) Plaintiff shall file a motion to dismiss this case with prejudice on or before January 31, 2023. By operation of this order, this dismissal deadline will be set aside if at the time of the motion to dismiss would

otherwise be due, there is a pending motion for judicial enforcement of the parties' settlement agreement, or the court has entered an order staying the final dismissal deadline.

(4) The Clerk of the United States District Court for the District of Nebraska shall:

a. Close this case for statistical purposes; and

b. Set a case management deadline of February 6, 2023 using the following language: Confirm that a final judgment of dismissal has or may now be entered.

Dated this 4th day of March, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge